UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FLORIDA B. DOUCET | CIVIL ACTION NO. 04-1231-A |
| -vs- | JUDGE DRELL |
| CITY OF BUNKIE, *et al.* | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For written reasons given this date, the Motion to Dismiss filed by the Bunkie City Police Department (Document No. 11) and the Motion to Dismiss filed by the City of Bunkie (Document No. 22) are GRANTED, and Plaintiff's claims against the Bunkie City Police Department and John Doe are DISMISSED WITH PREJUDICE.

SIGNED on this 28th day of September, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge